# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3291
_____

United States of America

*Plaintiff - Appellee*

v.

Lajuan D. House

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: June 18, 2026
Filed: June 24, 2026
[Unpublished]
_____

Before LAVENSKI R. SMITH, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Lajuan House appeals after the district court[1] revoked his supervised release and imposed an above-Guidelines-range sentence of 24 months in prison with no term

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

of supervised release to follow. On appeal, House argues the district court imposed a substantively unreasonable revocation sentence.

Having carefully reviewed the record and the parties' arguments on appeal, we conclude the district court did not abuse its discretion in sentencing House. <u>See</u> <u>United States v. Miller</u>, 557 F.3d 910, 917-18 (8th Cir. 2009) (standard of review). Though House disagrees with the weight given to certain sentencing factors, there is no indication the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Larison</u>, 432 F.3d 921, 923 (8th Cir. 2006) (discussing substantive reasonableness); <u>see also</u> <u>United States v. Vaca</u>, 38 F.4th 718, 724 (8th Cir. 2022) (explaining that "mere disagreement" with how the court weighed the factors "does not justify reversal").

Accordingly, we affirm.

_____